**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6683**

UNITED STATES OF AMERICA,

                  Plaintiff – Appellee,

          v.

MICHAEL L. MOORE, a/k/a Gadget,

                  Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:97-cr-00362-JCC-1)

Submitted:  September 13, 2011      Decided:  September 29, 2011

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael L. Moore, Appellant Pro Se.  Raymond Edward Patricco, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael L. Moore appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Moore, No. 1:97-cr-00362-JCC-1 (E.D. Va. Oct. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED